Rene J. Gascou, Esq. (Bar No. 50570)
Christian J. Gascou, Esq. (Bar No. 209957)
GASCOU HOPKINS LLP
1801 Avenue of the Stars, Suite 230
Los Angeles, California 90067
Telephone: (310) 785-9116
Facsimile: (310) 785-9149

Attorneys for Plaintiffs,
CAPITOL INDEMNITY CORPORATION and
PLATTE RIVER INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, a Wisconsin corporation; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MORRIS & ASSOCIATES INSURANCE SERVICES, INC., a California Corporation; THOMAS HENRY MORRIS an individual and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO. C10-01892 EDL<br><br>**STIPULATION TO EXTEND THE RESPONSE DATE TO THE PLAINTIFF'S 1ST AMENDED COMPLAINT; ~~PROPOSED~~ ORDER** |

TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:

It is hereby stipulated by and between CAPITOL INDEMNITY CORPORATION ("Capitol"), PLATTE RIVER INSURANCE COMPANY ("Platte River"), MORRIS & ASSOCIATES INSURANCE SERVICES, INC. ("Morris Associate") and THOMAS HENRY MORRIS ("Morris") through their designated counsel, that the time to respond to the Plaintiff's 1st Amended Complaint shall be extended one week from, Thursday, July 15, 2010 to Thursday, July 22, 2010, in order to provide the Defendants with additional time with in which to prepare their response.

- 1 -
**STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT**

1   IT IS HEREBY STIPULATED AND AGREED THAT the present response date to the
2   Plaintiff's First Amended Complaint shall be extended to July 22, 2010.
3
4                                           Respectfully submitted,
5
6   The Plaintiffs:
7   DATED: 13 July 2010              GASCOU HOPKINS LLP
8                                    BY: /s/
                                     Christian J. Gascou
9                                    Attorneys for Capitol Indemnity Corporation
                                     and Platte River Insurance Company
10
11
12  The Defendants:
13  DATED: 13 July 2010              MORRIS & ASSOCIATES INSURANCE
14                                   SERVICES, INC
15                                   THOMAS HENRY MORRIS.
16                                   BY: /s/
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT

## [PROPOSED] ORDER

1
2
3   The Court, having considered the attached Stipulation and finding that good cause exists
4   hereby orders as follows:
5   The defendants shall have till July 22, 2010 to file their Response to the plaintiff's 1st
6   Amended Complaint.
7
8   **IT IS SO ORDERED.**
9   DATED:   July 15, 2010

    *Elijah D. Laporte*
    Judge of the District Court

- 3 -
**STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT**