Christian J. Gascou, Esq. (Bar No. 209957)
GASCOU HOPKINS LLP
1801 Avenue of the Stars, Suite 230
Los Angeles, California 90067
Telephone:   (310) 785-9116
Facsimile:    (310) 785-9149

Attorneys for Plaintiffs,
CAPITOL INDEMNITY CORPORATION and
PLATTE RIVER INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, a Wisconsin corporation; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation<br><br>Plaintiff,<br><br>vs.<br><br>MORRIS & ASSOCIATES INSURANCE SERVICES, INC., a California Corporation; THOMAS HENRY MORRIS an individual and DOES 1-10,<br><br>Defendants. | CASE NO. C10-01892 EDL<br><br>**STIPULATION TO EXTEND THE RESPONSE DATE TO THE PLAINTIFF'S 1ST AMENDED COMPLAINT; ~~PROPOSED~~ ORDER** |

TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:

It is hereby stipulated by and between CAPITOL INDEMNITY CORPORATION ("Capitol"), PLATTE RIVER INSURANCE COMPANY ("Platte River"), MORRIS & ASSOCIATES INSURANCE SERVICES, INC. ("Morris Associate") and THOMAS HENRY MORRIS ("Morris") through their designated counsel, that the time to respond to the Plaintiffs' 1st Amended Complaint shall be extended one week from, Thursday, July 22, 2010 to Thursday, July 29, 2010, in order to provide the Defendants with additional time with in which to prepare their response.

- 1 -
**STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT**

1  IT IS HEREBY STIPULATED AND AGREED THAT the present response date to the
2  Plaintiffs' 1st Amended Complaint shall be extended to July 29, 2010.

Respectfully submitted,

The Plaintiffs:

DATED: 7/22/10

GASCOU HOPKINS LLP

BY: _____
Christian J. Gascou

Attorneys for Capitol Indemnity Corporation
and Platte River Insurance Company

The Defendants:

DATED: July 22, 2010

HINSHAW & CULBERTSON LLP

BY: _____
Bradley M. Zamczyk

Attorneys for MORRIS & ASSOCIATES
INSURANCE SERVICES, INC., a
California Corporation; and THOMAS
HENRY MORRIS

- 2 -
STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT

## [~~PROPOSED~~] ORDER

The Court, having considered the attached Stipulation and finding that good cause exists hereby orders as follows:

The defendants shall have till July 29, 2010 to file their Response to the plaintiff's 1st Amended Complaint.

**IT IS SO ORDERED.**

DATED:   July 26, 2010

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(Seal: United States District Court, Northern District of California)

- 3 -
**STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2010, the foregoing STIPULATION TO EXTEND RESPONSE DATE TO FIRST AMENDED COMPLAINT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: July 23, 2010                    GASCOU HOPKINS LLP

                                                                 */s/ Christian J. Gascou*
                                                                 Christian J. Gascou

                                                                 Attorney for Capitol Indemnity Corporation
                                                                  and Platte River Insurance Company