1  ROBERT J. ROMERO (SBN 136539)
   BRADLEY M. ZAMCZYK (SBN 151753)
2  rromero@hinshawlaw.com
   bzamczyk@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
4  San Francisco, CA 94111
   Telephone:    415-362-6000
5  Facsimile:    415-834-9070

6  Attorneys for Defendants
   MORRIS & ASSOCIATES
7  INSURANCE SERVICES, INC.
   and THOMAS HENRY MORRIS
8

9                      **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                              **OAKLAND DIVISION**

12 | CAPITOL INDEMNITY CORPORATION, a ) **Case No.: C10-01892 SBA**
   | Wisconsin corporation; PLATTE RIVER )
13 | INSURANCE COMPANY, a Nebraska    ) **STIPULATION AND ORDER FOR**
   | corporation                       ) **PRIVATE MEDIATION**
14 |         Plaintiffs,               )
   |    vs.                            )
15 |                                   )
   | MORRIS & ASSOCIATES INSURANCE     )
16 | SERVICES, INC., a California Corporation; )
   | THOMAS HENRY MORRIS an individual; and )
17 | DOES 1-10                         )
   |         Defendants.               )
18 |                                   )

19         Pursuant to the United States District Court Northern District of California ADR Local Rule

20 6, the parties hereby stipulate for an order authorizing the parties to change their selected ADR

21 choice from court supervised mediation to private mediation.

22         On March 2, 2011, the court issued its Case Management Conference Order referring this

23 case to mediation, and ordering mediation completed within 120 days.  Accordingly, the deadline to

24 complete mediation is June 30, 2011.

25 ///

26 ///

27 ///

28 ///

                                         1

The parties have selected Michael Timpane of JAMS as mediator and have scheduled the mediation for June 9, 2011.

It is so stipulated:

DATED: April 1, 2011          HINSHAW & CULBERTSON LLP


By:     /s/ Bradley M. Zamczyk
    BRADLEY M. ZAMCZYK
    Attorneys for Defendants
    MORRIS & ASSOCIATES INSURANCE SERVICES, INC. and THOMAS HENRY MORRIS

DATED: April 1, 2011          GASCOU HOPKINS LLP


By:     /s/ Christian J. Gascou
    CHRISTIAN J. GASCOU
    Attorneys for Plaintiff
    CAPITOL INDEMNITY CORPORATION and PLATTE RIVER INSURANCE COMPANY

IT IS SO ORDERED:

DATED: 4/4/11

    *Saundra B. Armstrong*
    Honorable Saundra Brown Armstrong
    United States District Court,
    Northern District of California