Christian J. Gascou, Esq. (Bar No. 209957)
GASCOU HOPKINS LLP
1801 Avenue of the Stars, Suite 230
Los Angeles, California 90067
Telephone:      (310) 785-9116
Facsimile:      (310) 785-9149

Attorneys for Plaintiffs,
CAPITOL INDEMNITY CORPORATION and
PLATTE RIVER INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, a Wisconsin corporation; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation<br><br>        Plaintiff,<br><br>    vs.<br><br>MORRIS & ASSOCIATES INSURANCE SERVICES, INC., a California Corporation; THOMAS HENRY MORRIS an individual and DOES 1-10,<br><br>        Defendants. | CASE NO. C10-01892 SBA<br><br>**STIPULATION TO DISMISSAL AND ORDER** |

TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:

Having reached a settlement of the Plaintiffs' claims in this case pursuant to the Settlement Agreement attached as Exhibit A, the parties hereby jointly stipulate to dismissal of Plaintiffs claims in this action pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii). The parties stipulate that this dismissal shall be with prejudice.  Each party will bear its own costs and expenses.

STIPULATION TO DISMISSAL AND [PROPOSED] ORDER

Respectfully submitted,

The Plaintiffs:

DATED:                                    GASCOU HOPKINS LLP

                                          BY:_____
                                                 Christian J. Gascou

                                          Attorneys for Capitol Indemnity Corporation
                                          and Platte River Insurance Company

The Defendants:

DATED:

                                          HINSHAW & CULBERTSON LLP

                                          BY:_____
                                                 Bradley M. Zamczyk

                                          Attorneys for MORRIS & ASSOCIATES
                                          INSURANCE SERVICES, INC., a
                                          California Corporation; and THOMAS
                                          HENRY MORRIS

**STIPULATION TO DISMISSAL AND [PROPOSED] ORDER**

1
2
3

**ORDER**

4
5  Having considered the parties' Joint **Stipulation** of **Dismissal** pursuant to Federal Rule of Civil

6  Procedure 41(a)(1)(ii), and having considered the Settlement Agreement filed by the parties in

7  this case, and good cause appearing therefore, the Court hereby **DISMISSES** this action. This

8  **dismissal** shall be with prejudice.  Each party will bear its own costs and expenses.

9
10  **IT IS SO ORDERED.**

11  DATED:2/10/12

12  Judge of the District Court

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO DISMISSAL AND [PROPOSED] ORDER**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 9, 2012, the foregoing STIPULATION TO DISMISSAL AND [PROPOSED] ORDER was filed electronically.  Notice of this filling will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


DATED: FEBRUARY 9, 2012                    GASCOU HOPKINS LLP

                                            /s/ Christian J. Gascou
                                           Christian J. Gascou

                                           Attorney for Capitol Indemnity Corporation
                                           and Platte River Insurance Company